# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ANGLIN,<br><br>               Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC.;<br>and DOES 1 through 10, inclusive.,<br><br>               Defendants. | Case No.: 21-cv-2110-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

      Plaintiff Connie Anglin and Defendant Walmart Inc. (erroneously named in the Complaint as "Wal-Mart Associates, Inc.") filed a Joint Motion for Dismissal with Prejudice requesting that the Court dismiss this action, including all claims and counterclaims alleged against all parties. (Dkt. 15). Pursuant to Federal Rule of Civil Procedure 41, the Joint Motion for Dismissal is **GRANTED** and all claims and counterclaims in this case are **DISMISSED WITH PREJUDICE**. The case is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own expenses, costs, and attorneys' fees. The Clerk is directed to terminate this case.

      **IT IS SO ORDERED**.

Dated: August 18, 2022

*Larry A. Burns*
_____
**Hon. Larry Alan Burns**
United States District Judge